473 A.2d 679

Commonwealth v. Broker, Appellant.

Argued October 25, 1983. Bernard T. McArdle, for appellant; Judith Karns Ciszek, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

473 A.2d 679

Commonwealth v. Brown, Appellant.

Submitted November 28, 1983. William T. Cannon, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.